CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIXEDBREAD AI, INC., *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary, United States Department of State, *et al*.,<br><br>Defendants. | Case No. 3:25-cv-10806 CRB<br><br>**STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER** |

The parties conferred and respectfully request the Court to stay proceedings in this case for a limited time, until April 6, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary. Plaintiffs filed a complaint in which they seek adjudication of Plaintiffs' visa. *See* Dkt. No. 1. On February 12, 2026, the United States Embassy in Berlin, Germany requested additional documents from Plaintiff.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until April 6, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this

Stipulation
C 3:25-cv-10806 CRB                    1

case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: February 17, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: February 17, 2026

/s/ Sameer A. Khedekar
SAMEER A. KHEDEKAR
Attorney for Plaintiffs

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  February 18, 2026

CHARLES R. BREYER
United States District Judge

---

[1]   In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 3:25-cv-10806 CRB                              2